**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                              **RE:    INFANTE, Concepcion Piedra**
                              **Docket Number:   1:08CR00349 OWW**
                              **PERMISSION TO TRAVEL**
                              **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Guerrero, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 19, 2003, Concepcion Piedra Infante was sentenced for the offense of 21 USC 841(a)(1) and 841 (b)(1)(B), Possession With Intent to Distribute in Excess of 100 Grams of Heroin.

**Sentence imposed:**  Releasee was sentenced to 37 months Bureau of Prisons, 48 months supervised release, and $100 special assessment fee.  His special conditions include a drug and alcohol program, 100 community service hours, participation in a vocational training, and participation in an educational program.

**Dates and Mode of Travel:**  Releasee will be traveling by air and his dates of travel are December 23, 2008, to January 5, 2009.

**Purpose:**  Visit family members for the holidays.

**RE:   INFANTE, Concepcion Piedra**
       **Docket Number:   1:08CR00349 OWW**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**Senior United States Probation Officer**

**DATED:**     December 5, 2008
              Fresno, California
              MKD

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                    **Hubert J. Alvarez**
                    **Supervising United States Probation Officer**

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:   INFANTE, Concepcion Piedra**
**Docket Number:   1:08CR00349 OWW**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**ORDER OF THE COURT:**

Approved             X                      Disapproved                           

IT IS SO ORDERED.

**Dated:   December 10, 2008**                 **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG